Dane E. Rianhard, Respondent, v. M. Bowsky Fur Dressing and Dyeing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mary J. Simmons, Respondent, v. Mendel Epstein and David Israel, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Annie C. Van Voorhis, Respondent, v. James E. Martin, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Bayside National Bank, Respondent, v. Charles H. Walsh and Emily J. Walsh, Appellants.— Judgment affirmed, by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Michael Dempsey, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John Fitzgerald, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward B. Grotte, Respondent, v. George C. Hudson, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Hector M. Hitchings, Respondent, v. Henry Barr and Others, Defendants, Impleaded with Ella B. Rupert, Appellant. (Actions Nos. 1 and 2.) — Orders affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Butler Avenue, etc., in the Fifth Ward, Borough of Richmond, City of New York. Wood-Harmon Richmond Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.